2/16/2012 2:28 PM FROM: Edward Law Office of Edward P. Ryan TO: 17168624253 PAGE: 002 OF 003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

KATHLEEN FARNAN and EUGENE FARNAN,
her husband,

                    Plaintiffs,

vs.

ECKERD CORPORATION,

                    Defendant.

Civ. No.: 1:10-cv-00278-FJS-RFT

---

ECKERD CORPORATION,

                  Defendant/Third-Party Plaintiff,

vs.

CINTAS CORPORATION,

                  Third-Party Defendant.

---

## RULE 41 STIPULATION OF DISMISSAL

    PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued as against the defendant, ECKERD CORPORATION and third-party defendant, CINTAS CORPORATION, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:   Rochester, New York
              January 27, 2012

Said Stipulation of Dismissal is made
with prejudice as to all parties.

*[signature]* 2/16/12
Christopher P. Meyer, Esq.

LAW OFFICE OF EDWARD P. RYAN
Attorney for the Plaintiffs,
Kathleen Farnan and Eugene Farnan

*[signature]*
Christopher P. Meyer, Esq.
38 Eagle Street
Albany, New York 12207
Tel. (518) 465-2488

DATED:   Buffalo, New York  
~~January~~ ~~, 2012~~  
February 16, 2012

FELDMAN KIEFFER, LLP  
Attorneys for Defendant,  
*Eckerd Corporation*

*/s/ Christopher B. Wilkins*  
Christopher B. Wilkins, Esq.  
The Dun Building ~ Suite 400  
110 Pearl Street  
Buffalo, New York 14202  
Tel. (716) 852-5875

NICOLETTI, GONSON, SPINNER  
& OWEN, LLP  
Attorneys for Third-Party Defendant,  
*Cintas Corporation*

*/s/ Edward L. Owen, III*  
Edward L. Owen, III, Esq.  
555 Fifth Avenue ~ 8th Floor  
New York, New York 10017  
Tel. (212) 730-7750

SO ORDERED

*/s/ Frederick J. Scullin, Jr.*  
FREDERICK J. SCULLIN, JR.  
SENIOR U.S. DISTRICT JUDGE

2/28/12