2/16/2012 2:28 PM FROM: Edward Law Office of Edward P. Ryan TO: 17168624253 PAGE: 002 OF 003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

KATHLEEN FARNAN and EUGENE FARNAN,
her husband,

                    Plaintiffs,

vs.

Civ. No.: 1:10-cv-00278-FJS-RFT

ECKERD CORPORATION,

                    Defendant.

ECKERD CORPORATION,

                    Defendant/Third-Party Plaintiff,

vs.

CINTAS CORPORATION,

                    Third-Party Defendant.

### RULE 41 STIPULATION OF DISMISSAL

    PLEASE TAKE NOTICE, that pursuant to the Federal Rules of Civil Procedure, Rule 41(a)(1)(ii), it is hereby stipulated and agreed by and between the undersigned, the attorneys of record for all of the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is, discontinued as against the defendant, ECKERD CORPORATION and third-party defendant, CINTAS CORPORATION, without costs to any party as against the other. This Stipulation may be filed without further notice with the Clerk of the Court.

DATED:   Rochester, New York
               January 27, 2012

Said Stipulation of Dismissal is made
with prejudice as to all parties.

*[signature]* 2/16/12
Christopher P. Meyer, Esq.

LAW OFFICE OF EDWARD P. RYAN
Attorney for the Plaintiffs,
Kathleen Farnan and Eugene Farnan

*[signature]*
Christopher P. Meyer, Esq.
38 Eagle Street
Albany, New York 12207
Tel. (518) 465-2488

2/16/2012 2:28 PM  FROM: Edward Law Office of Edward P. Ryan  TO: 17168524253  PAGE: 003 OF 003

DATED:   Buffalo, New York
         ~~January ___, 2012~~
         February 16, 2012

FELDMAN KIEFFER, LLP
Attorneys for Defendant,
*Eckerd Corporation*

/s/ Christopher B. Wilkins
Christopher B. Wilkins, Esq.
The Dun Building ~ Suite 400
110 Pearl Street
Buffalo, New York 14202
Tel. (716) 852-5875


NICOLETTI, GONSON, SPINNER
& OWEN, LLP
Attorneys for Third-Party Defendant,
*Cintas Corporation*

/s/ Edward L. Owen, III
Edward L. Owen, III, Esq.
555 Fifth Avenue ~ 8th Floor
New York, New York 10017
Tel. (212) 730-7750


                                   SO ORDERED

                                   /s/ Frederick J. Scullin, Jr.
                                   FREDERICK J. SCULLIN, JR.
                                   SENIOR U.S. DISTRICT JUDGE
                                   2/28/12